## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2644
Summer Netterville, et al.,
                                                        Plaintiffs,     Judge Zagel
v.
Principal Michael Johnson, et al.                               Magistrate Brown
                                                        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO BOARD OF EDUCATION

| | |
|---|---|
| NAME (Type or print) <br> SUNIL KUMAR | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sunil Kumar | |
| FIRM <br> Board of Education of the City of Chicago | |
| STREET ADDRESS <br> 125 South Clark Street, Suite 700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229651 | TELEPHONE NUMBER <br> 773-553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [ ]   NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |