THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUMMER NETTERVILLE, as mother and guardian on behalf of JEREMIAH HARRIS, and JERRY HARRIS, minors on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PRINCIPAL MICHAEL JOHNSON, TEACHER MS. ALAVAREZ, TEACHER MS. CURRY, CHICAGO BOARD OF EDUCATION, and REAVIS ELEMENTARY MATH AND SCIENCE, and the CITY OF CHICAGO,<br><br>        Defendants. | No. 08 C 2644<br><br>Judge Zagel<br><br>Magistrate Brown |

## NOTICE OF MOTION

To: Horwitz, Richardson & Baker, LLC, 20 S. Clark Street, Suite 500 Chicago, IL 60603
Linda Hogan, Board of Education, Law Dept., 125 S. Clark St., Chicago IL 60603
Sabrina Haake, Board of Education, Law Dept., 125 S. Clark St., Chicago IL 60603

**PLEASE TAKE NOTICE** that on **Thursday, July 17, 2008 at 10:15 a.m.**, Defendant Board of Education of the City of Chicago shall appear before the Honorable Judge Zagel, or before such other Judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **BOARD'S MOTION FOR ENLAGEMENT OF TIME TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois
this 8th day of July, 2008.

PATRICK J. ROCKS
General Counsel

<u>s/ Sunil Kumar</u>
Sunil Kumar
Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

I, Sunil Kumar, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 8th day of July, 2008.

By:  s/Sunil Kumar
Sunil Kumar
Assistant General Counsel