# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08 C 2644
Summer Netterville, et al.,

　　　　　　　　　　　　　　Plaintiffs,　　Judge Zagel

v.

Principal Michael Johnson, et al.　　　　　　　　Magistrate Brown
　　　　　　　　　　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO BOARD OF EDUCATION

| NAME (Type or print) |
| --- |
| PATRICK J. ROCKS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Patrick J. Rocks |

| FIRM |
| --- |
| Board of Education of the City of Chicago |

| STREET ADDRESS |
| --- |
| 125 South Clark Street, Suite 700 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189606 | 773-553-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |