# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of Netterville, Summer v. City of Chicago, et al. | Case | 08 C 2644 |

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The City of Chicago

| | |
|---|---|
| SIGNATURE<br>/s/ David Selmer | |
| FIRM<br>City of Chicago, Dept. Of Law | |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283972 | TELEPHONE NUMBER<br>(312) 744-6905 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO □ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES □ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES □ | NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO □ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL □         APPOINTED COUNSEL □