# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SUMMER NETTERVILLE, as mother and Guardian on behalf of JEREMIAH HARRIS, and JERRY HARRIS, minors on behalf of themselves and others similarly situated. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.:  08 C 2644 |
| v. | ) ) | |
| PRINCIPAL MICHAEL JOHNSON, TEACHER MS. ALVAREZ, TEACHER MS. CURRY, CHICAGO BOARD OF EDUCATION and REAVIS ELEMENTARY MATH AND SCIENCE, and the CITY OF CHICAGO. | ) ) ) ) ) ) | JUDGE ZAGEL |
| Defendants. | ) ) | MAGISTRATE JUDGE BROWN |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:    All Counsel of Record

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Zagel, or before such other judge sitting in his place, on the **14th day of August, 2008, at 10:15 a.m.,** and then and there present the attached **MOTION TO DISMISS THE CITY OF CHICAGO AS A DEFENDANT IN PLAINTIFF'S COMPLAINT.**

**I HEREBY CERTIFY** that I have served this notice and the attached document  by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 11th day of August, 2008.

**DATED** this 11th day of August, 2008.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)