**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Summer Netterville, et al.
                      Plaintiff,

v.                                        Case No.: 1:08−cv−02644
                                         Honorable James B. Zagel

Michael Johnson, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable James B. Zagel: Motion hearing held on 8/14/2008. MOTION by Defendant City Of Chicago to dismiss the City of Chicago as a Defendant [19] is granted. City Of Chicago terminated. Leave is given to file a motion for reconsideration. Status hearing (10−1−2008) is reset for 8/28/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.