AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUMMER NETTERVILLE, as mother and guardian on behalf of JEREMIAH HARRIS, and JERRY HARRIS, minors on behalf of themselves and others similarly situated. | No. 08CV2644 |
| Plaintiffs, | Judge JUDGE ZAGEL |
| v. | Magistrate Judge MAGISTRATE JUDGE BROWN |
| PRINCIPAL MICHAEL JOHNSON, TEACHER MS. ALAVAREZ, TEACHER MS. CURRY, CHICAGO BOARD OF EDUCATION, and REAVIS ELEMENTARY MATH AND SCIENCE, and the CITY OF CHICAGO. | |
| Defendants. | |
| To: PRINCIPAL MICHAEL JOHNSON<br>CHICAGO BOARD OF EDUCATION<br>Office of the Board of Education<br>125 South Clark Street, 6th Floor<br>Chicago, Illinois 60603 | |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



May 8, 2008
Date

08 CV 2644

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 8/27/08 |
| NAME OF SERVER (PRINT) Dan Corbett | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Principal Michael Johnson c/o Angia Alvarado
834 E. 50th St.
Chicago, IL 60615

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 8/27/08
Date

Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
Address of Server           Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.